EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN v. HORACE E. FRICK CO. et al. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by the Edison Electric Illuminating Company of Brooklyn against the Horace E. Frick Company and others. No opinion. The decisions as

handed down did not express the full conclusion of the court, and the motion for reargument is granted, in order that a decision may be made which will conform to the conclusions reached, and case set down for Monday, December 15, 1913. See, also, 146 App. Div. 605, 131 N. Y. Supp. 125; 158 App. Div. 950, 143 N. Y. Supp. 1115; 144 N. Y. Supp. 1114.